

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Licea<br><br>Plaintiff,<br>V.<br><br>Vitacost.com, Inc.<br><br>Defendant. | Civil Action No. 22-cv-01854-RSH-WVG<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Accordingly, the action is DISMISSED without prejudice.
The Clerk is directed to enter judgment for Defendant Vitacost, Inc., and to close the case.

Date: 8/8/23

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ A. Sudan
　　　　　　　　　　　　　A. Sudan, Deputy